IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., J. WILLIAM BOOKWALTER, III, M.D., ROBERT J. SCLABASSI, M.D., and ANNA MITINA,<br><br>Plaintiffs,<br><br>v.<br><br>UPMC; UNIVERSITY OF PITTSBURGH PHYSICIANS d/b/a UPP DEPARTMENT OF NEUROSURGERY,<br><br>Defendants. | Civil Action No. 2:12-cv-00145 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and the terms and conditions of their May 7, 2024 Settlement Agreement, the Relators J. William Bookwalter, III, M.D., Robert J. Sclabassi, M.D., and Anna Mitina, and Defendants the University of Pittsburgh Medical Center ("UPMC") and the University of Pittsburgh Physicians ("UPP") (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate to the entry of an order (1) dismissing, with prejudice to the United States and Relators, all claims asserted for the Covered Conduct as defined in Paragraph C of the Settlement Agreement; and (2) dismissing, without prejudice to the United States and with prejudice to Relators, all other claims. The Parties will bear their own costs except as provided in the terms of their May 8, 2024 Attorneys' Fees, Costs and Expenses Settlement Agreement.

The Parties respectfully request that the Court enter an order of dismissal in the form proposed herewith.

Respectfully submitted this 15th day of May 2024.

                                                                    Respectfully submitted,

/s/Jonathan L. Diesenhaus                          /s/Jennifer M. Verkamp
Virginia A. Gibson                                 Jennifer M. Verkamp, *pro hac vice*
Jasmeet Ahuja                                      Chandra Napora, *pro hac vice*
HOGAN LOVELLS US LLP                               MORGAN VERKAMP LLC
1735 Market Street Floor 23                        4410 Carver Woods Drive, Suite 200
Philadelphia, PA 19103                             Cincinnati, Ohio 45242
PA ID # 32520                                      Tel. 513-651-4400
Telephone: (267) 675-4635                          Fax. 513-651-4405
Fax: (267)6754601                                  jverkamp@morganverkamp.com
virginia.gibson@hoganlovells.com                   cnapora@morganverkamp.com

Jonathan L. Diesenhaus, *pro hac vice*             Patrick K. Cavanaugh (Pa. No. 72960)
Mitchell J. Lazris, *pro hac vice*                 Stephen J. Del Sole (Pa. No. 73460)
Michele W. Sartori, *pro hac vice*                 DEL SOLE CAVANAUGH STROYD LLC
HOGAN LOVELLS US LLP                               3 PPG Place, Suite 600
555 13th Street, NW                                Pittsburgh, PA 15222
Washington, DC 20004h                              Tel: 412-261-2393
202-637-5600 (Phone)                               Fax: 412-261-2110
202-637-5910 (Fax)                                 pcavanaugh@dscslaw.com
jonathan.diesenhaus@hoganlovells.com
mitch.lazris@hoganlovells.com                      Andrew M. Stone (Pa. No. 35176)
michele.sartori@hoganlovells.com                   STONE LAW FIRM, LLC
                                                   437 Grant Street Suite 1806
Allison J. Caplis, *pro hac vice*                  Pittsburgh. PA 15219
Marc A. Marinaccio, *pro hac vice*                 Tel: (412) 391-2005
Hogan Lovells. US LLP                              astone@stone-law-firm.com
100 International Drive
Suite 2000                                         G. Mark Simpson, *pro hac vice*
Baltimore, MD 21202                                Simpson Law Firm, LLC
410-659-2700                                       110 Habersham Dr., Ste. 108
allison.caplis@hoganlovells.com                    Fayetteville, GA 30214
marc.marinaccio@hoganlovells.com                   Tel: (770) 371-5008
                                                   mark@marksimpsonlaw.com
James W. Kraus
KRAUS JENKINS, PLLC                                *Counsel for Plaintiffs-Relators*
1001 Liberty Avenue, 5th Floor
Pittsburgh, PA 15219
412-546-0780
Fax: 412-546-0785
Email: jwk@krausjenkins.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Joint Stipulation of Dismissal and attached Proposed Order was filed and served on all counsel of record via the Court's electronic filing system.

                                                     */s/ Jennifer Verkamp*
                                                     Jennifer Verkamp

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., :<br>J. WILLIAM BOOKWALTER, III, M.D., :<br>ROBERT J. SCLABASSI, M.D., and :<br>ANNA MITINA, :<br>: <br>Plaintiffs, :<br>:<br>v. :<br>:<br>UPMC; UNIVERSITY OF PITTSBURGH :<br>PHYSICIANS d/b/a UPP DEPARTMENT :<br>OF NEUROSURGERY, :<br>:<br>Defendants. :<br>: | Civil Action No. 2:12-cv-00145 |

**[PROPOSED] ORDER**

Upon consideration, and consistent with the Parties' Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed with prejudice to the United States and Relators for the Covered Conduct as that term is defined in Paragraph C of the Parties' May 7, 2024 Settlement Agreement and with prejudice to Relators as to all other claims, with the Parties bearing their own costs except as provided in the terms of their May 8, 2024 Attorneys' Fees, Costs and Expenses Settlement Agreement. The Clerk is directed to close the file.

Dated this ____ day of _____ 2024.

BY THE COURT:

_____
The Honorable Cathy Bissoon
United States District Court Judge