IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., J. WILLIAM BOOKWALTER, III, M.D., ROBERT J. SCLABASSI, M.D., and ANNA MITINA,<br><br>Plaintiffs,<br><br>v.<br><br>UPMC; UNIVERSITY OF PITTSBURGH PHYSICIANS d/b/a UPP DEPARTMENT OF NEUROSURGERY,<br><br>Defendants. | Civil Action No. 2:12-cv-00145 |

**ORDER**

Upon consideration, and consistent with the Parties' Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action is dismissed with prejudice to the United States and Relators for the Covered Conduct as that term is defined in Paragraph C of the Parties' May 7, 2024 Settlement Agreement and with prejudice to Relators as to all other claims, with the Parties bearing their own costs except as provided in the terms of their May 8, 2024 Attorneys' Fees, Costs and Expenses Settlement Agreement. The Clerk is directed to close the file.

Dated this 16th day of May 2024.

BY THE COURT:

s/Cathy Bissoon
The Honorable Cathy Bissoon
United States District Court Judge

4